AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DEVIN MONTGOMERY | ) | Case No.  20-1369 |
| | ) | UNDER SEAL |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/30/2020  in the county of  Allegheny  in the  Western  District of Pennsylvania, the defendant violated  18  U. S. C. §  844(f)(1), an offense described as follows:

18 U.S.C. Section 844(f)(1) (Malicious Damage to Property of Organization Receiving Federal Financial Assitance, and Attempt to do so)

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

/s/ Ryan P. O'Sullivan
*Complainant's signature*

Ryan P. O'Sullivan, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  6/30/2020 11:30 am

*Judge's signature*

City and state:   Pittsburgh, PA            Maureen P. Kelly, United States Magistrate Judge
*Printed name and title*