1546

FILED
JUL 22 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 20-175 |
| ) | (18 U.S.C. §§ 2, 844(f)(1), 2113(a)) |
| DEVIN MONTGOMERY ) | UNDER SEAL |
| BRANDON BENSON   ) | |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, defendant DEVIN MONTGOMERY maliciously damaged and destroyed, by means of fire, and attempted to damage and destroy by means of fire, a vehicle, namely, a marked Ford police vehicle, known as Unit 3212, which vehicle was leased and possessed by the City of Pittsburgh Bureau of Police, an organization receiving Federal financial assistance.

In violation of Title 18, United States Code, Section 844(f)(1).

## COUNT TWO

The grand jury further charges:

On or about May 30, 2020, in the Western District of Pennsylvania, defendants DEVIN MONTGOMERY and BRANDON BENSON entered and attempted to enter a bank, and a building used in part as a bank, with the intent to commit a larceny in such bank and building, that is, defendants DEVIN MONTGOMERY and BRANDON BENSON entered and attempted to enter the Dollar Bank, located in the building at 537 Smithfield Street in Pittsburgh, Pennsylvania, the deposits of which bank were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a larceny, that is taking and carrying away, with the intent to steal and purloin, property, money and other things of value belonging to and in the care, custody control and possession of Dollar Bank, which larceny would constitute a violation of Title 18, United States Code, Section 2113(b).

In violation of Title 18, United States Code, Sections 2 and 2113(a).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352