IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.                                              2:20-cr-175-1

DEVIN MONTGOMERY,

    Defendant.

## ORDER OF COURT

AND NOW, this 28th day of January, 2022, it is hereby ORDERED that the Defendant shall file any Reply in support of his pretrial motions within fourteen (14) days of the date of this Order.

It is further ORDERED that the extension of time caused by this continuance (from the date of this Order until the date thirty (30) days after the disposition of all pretrial motions) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq.  Further, the Court finds that the ends of justice served by the granting of such extension outweigh the best interests of the public and the defendant to a speedy trial, 18 U.S.C. §3161(a)(7)(A).  Failure to grant such extension would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the time for the preparation of pretrial motions shall be excluded.

        s/ Mark R. Hornak
        Mark R. Hornak
        Chief United States District Judge