IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:20-cr-175 |
| | ) |
| DEVIN MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 3rd day of August 2022, following a hearing in open court on August 2, 2022, and with the Defendant present at said hearing, it is hereby ORDERED that the Defendant's Oral Motion to Proceed Pro Se is hereby GRANTED. The Defendant will proceed pro se with self-representation. The Court will appoint stand-by counsel by further Order.

It is further ORDERED that the Defendant shall file any supplement to [236] Motion to Dismiss within fourteen (14) days of the date of this Order. Any Response from the Government shall be filed within fourteen (14) days of the Defendant's filing. And any Reply from the Defendant shall be filed within seven (7) days of the Government's Response.

And it is further ORDERED that any further pretrial motions, excluding the supplement to the Motion to Dismiss, shall be filed within forty-five (45) days of the date of this Order. The Government shall file an omnibus Response within twenty-one (21) days of the Defendant's filing(s). And any Reply shall be filed within seven (7) days of the omnibus Response.

And it is further ORDERED that the Jury Selection and Trial set for August 31, 2022 at 9:00 AM is hereby CONTINUED on the Motion of Defendant to a date to be set by further Order.

It is further ORDERED that the extension of time caused by this continuance (from the date of this Order until the date thirty (30) days after the Court's disposition of all pretrial motions) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by the granting of such continuance outweighs the best interests of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A). In light of Defendant's pro se status, failure to grant such continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

_____
Mark R. Hornak
Chief United States District Judge